**Antonio Julio ALVAREZ, et al., Plaintiffs,**

**Jose Jesus Echegollen–Barrueta, Plaintiff–Appellant,**

v.

**UNIVERSITY OF TEXAS MEDICAL BRANCH; Does 1 Thru 9; United States Bureau of Prisons; Does 1–15, Defendants–Appellees.**

No. 04–41512.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 23, 2006.

Jose Jesus Echegollen–Barrueta, Federal Correctional Institution, Three Rivers, TX, for Plaintiff–Appellant.

Shelley Nieto Dahlberg, Office of the Attorney General for the State of Texas, Austin, TX, for Defendant–Appellee.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Jose Jesus Echegollen–Barrueta (Echegollen), federal inmate # 31871–048, appeals the dismissal without prejudice of his complaint against the University of Texas Medical Branch (UTMB) and "Doe" defendants for failure to perfect timely service on any of the named defendants. Because Echegollen's brief wholly fails to address the basis of the district court's dismissal of his complaint, he has waived any argument regarding his failure to serve the defendants. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.